No. 52690.—The J. L. Hudson Co. *v.* United States, protest 929645–G (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

No. 52691.—Smoking Pipes, Incorporated, et al. *v.* United States, protests 138259–K, etc. (New York).

Opinion by RAO, J.   An examination of the record failing to disclose any error in the action of the collector, the protests were overruled.

No. 52692.—J. D. Smith Co., Inc., et al. *v.* United States, protests 506539–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.